ALBERT BERMAN v. BEN HAMBURGER and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TECLA PEARLS, INC., and Another v. SALON TECLA, LTD.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE MECHANICS NATIONAL BANK OF TRENTON v. STANLEY NEWMAN, Impleaded, etc. — Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ARDMORE ESTATES, INC., v. REALTY RETURN CORPORATION and Others. MAXWELL P. BROWN, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FREDERICK S. SMITH v. COLUMBIA CASUALTY COMPANY.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY v. SIDNEY WEINREB, Impleaded, etc.— Motion granted on condition that appeal be argued or submitted on November 21, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JAMES F. MAHAN, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee, with request that reference proceed speedily, in view of respondent's pending application for reinstatement. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MILLER-ASCHHEIM COMPANY, INC., Respondent, v. DALTON & BALCH, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ORMISTON B. FYFE, Appellant, v. HANTON REALTY CO., INC., a Domestic Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY HEAVEY, Respondent, v. ALBERT A. VOLK COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of WILLIAM JENNINGS, Respondent, v. MEYER BLOOM, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES KUTSUKIAN, Respondent, v. BORIN-VIVITONE CORPORATION, Defendant, Impleaded with RUSSELL CLARK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES KUTSUKIAN, Respondent, v. BORIN-VIVITONE CORPORATION, Defendant, Impleaded with RUSSELL CLARK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNETTE S. ROSE, as Executrix, etc., of BERNARD V. GORDON, Deceased, Appel-